MELISSA HOLYOAK, First Assistant United States Attorney (#9832)
SETH NIELSEN, Assistant United States Attorney (#13823)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: seth.nielsen@usdoj.gov

FILED US District Court-UT
APR 22 '26 AM 8:54

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | Count 1: 21 U.S.C. § 841(a)(1), Possession of Fentanyl with Intent to Distribute ( >400 grams) |
| vs. | |
| CRISANTOS JAVIER SOTELO VALENCIA, | Case: 2:26-cr-00131 Assigned To : Campbell, Tena Assign. Date : 4/21/2026 |
| Defendant. | |

The Grand Jury Charges:

## <u>COUNT 1</u>
### 21 U.S.C. § 841(a)(1)
### (Possession of Fentanyl with Intent to Distribute)

On or about March 3, 2026, in the District of Utah,

CRISANTOS JAVIER SOTELO VALENCIA,

defendant herein, did knowingly and intentionally possess with intent to distribute four

hundred (400) grams or more of a mixture or substance containing a detectable amount of

N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide ("Fentanyl"), a Schedule

II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C.

§ 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

A TRUE BILL:

/S/

_____
FOREPERSON OF GRAND JURY

MELISSA HOLYOAK
First Assistant United States Attorney

_____
SETH NIELSEN
Assistant United States Attorney

2